DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE HERNANDEZ-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 10-065-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| JOSE HERNANDEZ-CHAVEZ, | ) | DATE: June 22, 2010 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: John A. Mendez |
| _____ | | |

    Defendant JOSE HERNANDEZ-CHAVEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby stipulate that the status conference set for June 1, 2010, be rescheduled for a status conference on Tuesday, June 22, 2010, at 9:30 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, obtain and review the pre-plea presentence report, discuss the case with the government, and pursue investigation.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 22,

1

2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: May 25, 2010

                                                Respectfully Submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                /s/ Dennis S. Waks
                                                Supervising Assistant
                                                Federal Defender
                                                Attorney for Defendant
                                                JOSE HERNANDEZ-CHAVEZ

DATED:  May 25, 2010               BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/  Dennis S. Waks for
                                                MICHAEL ANDERSON
                                                Assistant U.S. Attorney

**SO ORDERED.**

Dated: May 26, 2010

                                                /s/ John A. Mendez
                                                JOHN A. MENDEZ
                                                United States District Court Judge